UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFERSON PILOT FINANCIAL
INSURANCE COMPANY

     Plaintiff,

v.                             Case No.  8:06-cv-01214-SCB-MAP

SYBIL MALDONADO,
VIRGINIA WALLER, and
SHERRY WALLER MANESS,

     Defendants.

_____/

## ORDER

This cause comes before the Court on Defendants Virginia Waller's and Sherry Waller Maness's Motion for Judgment on the Pleadings against Defendant Sybil Maldonado. (Doc. No. 19.)  This case is an Interpleader Action to determine the rightful beneficiary or beneficiaries of proceeds of a life insurance policy governed by the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1001, et seq.

In the instant motion, Defendants Waller and Maness purport to answer the cross claims asserted against them by Defendant Maldonado, as well as request that the Court enter judgment on the pleadings against Defendant Maldonado.  This Motion is similar to Defendants' previous motion for judgment on the pleadings that the Court denied in its order of October 13, 2006. (Doc. No. 13.)  The Court denied that motion because there are still several material facts in dispute regarding the designation of the deceased's beneficiary, the completion of the death certificate, and the proper administration of the insurance proceeds.   For the same reason, the

Court hereby **DENIES** Defendants' instant Motion for Judgment on the Pleadings.  (Doc. No.

19.)  At this early stage of the litigation, there is nothing on the face of the pleadings that would

allow the Court to conclude that any party is entitled to judgment in their favor.

       **DONE AND ORDERED** at Tampa, Florida, this 24th day of October, 2006.


Copies to:
Counsel of Record
Pro Se Defendants

SUSAN C. BUCKLEW
United States District Judge